# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:19CR273** |
| vs. | **FINAL ORDER OF FORFEITURE** |
| **JUAN AGUILAR-PACHECO,** | |
| Defendant. | |

This matter is before the Court on the United States of America's Motion for Final Order of Forfeiture, ECF No. 100.   The Court reviewed the record and finds as follows:

1.   On December 11, 2019, the Court entered a Preliminary Order of Forfeiture, ECF No. 73, under 21 U.S.C. § 841 and 21 U.S.C. § 853 based upon the defendant's plea of guilty to Count I and the Forfeiture Allegation of the Information.   Under the Preliminary Order of Forfeiture, defendant's interest in the $7,850.00 U.S. currency was forfeited to the United States.

2.   The United States posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 7, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   The United States filed a Declaration of Publication on April 27, 2020. ECF No. 99.

3.   The United States has advised the Court that no party has filed a Petition and no Petitions have been filed with the Court.

4.   Accordingly, the Motion for Final Order of Forfeiture will be granted.

IT IS ORDERED:

A. The Motion for Final Order of Forfeiture, ECF No. 100, is granted.

B. All right, title and interest in and to the $7,850.00 U.S. currency held by any person or entity is hereby forever barred and foreclosed.

C. The $7,850.00 U.S. currency is forfeited to the United States of America.

D. The United States is directed to dispose of the currency in accordance with law.

DATED this 28th day of April, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge